**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com
*Attorneys for Defendant American Express*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WALDO A. BARNETT,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br><br>Defendant. | Case No.: 2:19-cv-01208-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR AMERICAN EXPRESS NATIONAL BANK TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. #1] [SECOND REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, WALDO A. BARNETT, and Defendant, AMERICAN EXPRESS NATIONAL BANK (incorrectly designated in the Complaint as "American Express Travel Related Services Company") (hereafter "AMEX"), by and through their undersigned counsel, that Defendant AMEX may have an additional 30 days within which to answer or otherwise respond to Plaintiff's complaint [ECF No. 1], which was served on Defendant on July 12, 2019. The Parties previously stipulated to an enlargement of time, which extended the deadline to respond until September 4, 2019.

Therefore, the parties agree that the last day for AMEX to answer or otherwise respond to Plaintiff's complaint is Friday, October 4, 2019.

This request is made in good faith and not for the purpose of undue delay. This document is being electronically filed through the Court's CM/ECF System. Accordingly, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document and

has authorized defense counsel to affix his electronic signature hereto; and (3) a record supporting this concurrence could be made available if so ordered by this Court.

Dated this 30th day of August, 2019.

Respectfully submitted,

REID RUBINSTEIN & BOGATZ

By: */s/ Kerry E. Kleiman*  
    I. Scott Bogatz, Esq. (3367)  
    Kerry E. Kleiman, Esq. (14071)  
    300 South Fourth Street, Suite 830  
    Las Vegas, Nevada 89101  
    *Attorneys for Defendant*  
    *American Express National Bank*

By: */s/ Mitchell D. Gliner*  
    Mitchell D. Gliner, Esq. (3419)  
    3017 W. Charleston Blvd., #95  
    Las Vegas, NV 89102  
    *Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this \_\_\_30th\_\_\_ day of \_\_\_August\_\_\_, 2019.

_____  
UNITED STATES MAGISTRATE JUDGE